UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

Crim. No. 16-144 (RHK/LIB)

v.

**ORDER**

Justin Edward Wylie,

                Defendant.

The above matter is before the Court upon the July 18, 2016 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. Objections have been filed to that Report and Recommendation in the time period permitted.

The undersigned has conducted a de novo review of the Report and Recommendation, the Objections thereto, and the written Response of the United States. Based on the foregoing, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 38) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 37) is **ADOPTED**;

3. Defendant's Motion to Suppress Any Statements Made By Defendant (Doc. No. 26), is **DENIED**;

4. Defendant's Motion to Suppress Any Evidence Obtained as a Result of Any Illegal Searches, (Doc. No. 27), is **DENIED**.

Dated: August 23, 2016

                                            s/Richard H. Kyle
                                            Judge Richard H. Kyle
                                            United States District Judge